UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:25-cr-110-SPC-NPM

REBECCA LEA STACEY
MIRANDA LEE PRYOR

_____

# FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 87). The Government seeks to have forfeited an **H&R firearm (S/N AE72985) and ammunition seized on or about May 11, 2025.** ("**Assets**"), which were subject to the Court's October 1, 2025 and November 18, 2025 Preliminary Orders of Forfeiture. (Docs. 64, 82). Although the Government gave proper notice, no third party has petitioned for the Assets, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Assets to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 87) is **GRANTED**.

1. Defendants' interests in the H&R firearm (S/N AE72985) and

ammunition seized on or about May 11, 2025 are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now VESTED in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida, on December 9, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record